7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH R. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-064 |
| | § | |
| TEXAS DEPARTMENT OF HEALTH | § | |

## ORDER

On this day came on to be considered the **telephonic initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)   Defendant is to Replead by **December 21, 1998.**

(2)   All discovery in this case must be completed by **June 25, 1999.** If additional time is required, a motion requesting such extension must be filed no later than **May 14, 1999.** Failure to file such motion shall preclude further discovery.

(3)   All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(4)   Defendant must file Motion for Summary Judgment by **July 16, 1999.** Plaintiff's response must be filed by **August 20, 1999.**

(5)   A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **September 10, 1999.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(6)   A final pretrial and settlement conference is set for **September 10, 1999 at 1:30 P.M.**

(7)   Final Pretrial is set for **September 30, 1999 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **October 1, 1999 at 8:30 A.M.** before Judge Filemon B. Vela.

(8) Trial on the merits is set for **October 1999**, docket call.

DONE at Brownsville, Texas, on this 16th day of December 1998.

_____
John Wm. Black
United States Magistrate Judge