# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSEPH R. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-064 |
| | § | |
| TEXAS DEPARTMENT OF HEALTH | § | |

## O R D E R

Pending before the court is the Plaintiff's Unopposed Motion to Extend Discovery Deadlines. (Docket No. 9). The Discovery Deadlines are extended to July 12, 1999.

All other deadlines contained in the Scheduling Order of December 18, 1998, (Docket No. 7) remain unchanged.

SIGNED at Brownsville, Texas, this 18th day of May, 1999.

_____
John Wm. Black
United States Magistrate Judge