IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH R. DAVIS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION No. B-98-064 |
| | § | |
| TEXAS DEPARTMENT OF HEALTH, | § | |
| *Defendant.* | § | |

## ORDER GRANTING MOTION FOR AN EXTENSION OF FILING DEADLINES

Before this Court is Defendant's Motion for an Extension of Filing Deadlines. The Court is of the opinion that the motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that the Motion for an Extension of Filing Deadlines is hereby GRANTED and the following order is entered:

Defendant's Motion for Summary Judgment must be filed no later than July 26, 1999 and Plaintiff's Response to any Motion for Summary Judgment must be filed no later than August 30, 1999.

SIGNED this the 19 day of July, 1999, AT BROWNSVILLE, TEXAS

UNITED STATES MAGISTRATE JUDGE