*18*

United States District Court
Southern District of Texas
ENTERED

SEP 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH R. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-064 |
| | § | |
| TEXAS DEPARTMENT OF HEALTH | § | |

## O R D E R

After considering the Joint Motion to Adjust Deadlines, the Court is of the opinion that said Motion should be DENIED.

IT IS THEREFORE **ORDERED** that the Joint Motion to Adjust Deadlines be, and the same is hereby **DENIED**.

SIGNED at Brownsville, Texas, this 9th day of September 1999.

John Wm. Black
United States Magistrate Judge