# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
FILED

OCT 14 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSEPH R. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-064 |
| | § | |
| TEXAS DEPARTMENT OF HEALTH | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|
| **OCTOBER 15, 1999 AT 2:30 P.M.** | **NOVEMBER 18, 1999 AT 1:30 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 14, 1999

TO:     MR. BARRY R. BENTON
        MR. DAVID MORALES