23

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSEPH R. DAVIS | § § | |
| VS. | § § | CIVIL ACTION NO. B-98-064 |
| TEXAS DEPARTMENT OF HEALTH | § § | |

TYPE OF CASE:    __X__ CIVIL         ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

(STATE IS ORDERED TO HAVE SOMEONE PRESENT TO EXPLAIN WHY SETTLEMENT HAS NOT BEEN FUNDED)

(WILL NOT BE NECESSARY IF FUNDING HAS BEEN MADE)

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** <br><br> DATE AND TIME: <br><br> **JANUARY 5, 2000 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 29, 1999

TO:     MR. BARRY R. BENTON
        MR. DAVID MORALES