# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

# ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSEPH R. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-064 |
| | § | |
| TEXAS DEPARTMENT OF HEALTH | § | |

TYPE OF CASE:      __X__ CIVIL              ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

(STATE IS ORDERED TO HAVE SOMEONE PRESENT TO EXPLAIN WHY SETTLEMENT HAS NOT BEEN FUNDED)

(WILL NOT BE NECESSARY IF FUNDING HAS BEEN MADE)

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2 |
| | DATE AND TIME: |
| | SEPTEMBER 13, 2000 AT 1:30 P.M. |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 31, 2000

TO:    MR. BARRY R. BENTON
       MR. DAVID MORALES