26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
Entered
SEP 1 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSEPH R. DAVIS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION No. B-98-064 |
| | § | |
| TEXAS DEPARTMENT OF HEALTH, | § | |
| *Defendant.* | § | |

## AGREED ORDER OF DISMISSAL

On this 11th day of September, 2000, came on for consideration the parties Joint Motion to Dismiss with Prejudice.

After consideration of the motion, the Court is of the opinion that it should be GRANTED.

It is therefore ORDERED that this case is dismissed with prejudice to refiling.

SIGNED THIS 11th day of September, 2000.

_____
HONORABLE ~~JOHN WM. BLACK~~ Filemon B. Vela
U.S. ~~MAGISTRATE~~ District JUDGE

APPROVED AS TO SUBSTANCE ONLY:

Attorney for Plaintiff - Barry R. Benton

By: _____
Barry R. Benton

Attorney for Defendants - Texas Department of Health

By: _____
David S. Morales